United States District Court
Northern District of California
San Jose Division

| | |
|---|---|
| Simulados Software Ltd., | Case No.: 5:12-cv-04382-EJD |
| Plaintiff, Counter-Defendant | **Order Denying Continuance of ADR Conference** |
| vs. | |
| Photon Infotech Pvt Ltd., | |
| Defendant, Counter-Plaintiff. | |

**IT IS HEREBY ORDERED THAT:**

The Parties' request to continue the ADR Conference thirty (30) days or until Defendant's Motion to Dismiss [Doc. 46] is considered by this Court, jointly filed by Charles M.R. Vethan, and Chris Sargent on January 25, 2013, in the above entitled matter is hereby **GRANTED**.

DATE:  1/29/2013

[DENIED stamp — Judge Edward J. Davila]

_____
UNITED STATES DISTRICT JUDGE