United States District Court
Northern District of California
San Jose Division

| | |
|---|---|
| Simulados Software Ltd.,<br><br>   Plaintiff, Counter-Defendant<br><br>vs.<br><br>Photon Infotech Pvt Ltd.,<br><br>   Defendant, Counter-Plaintiff. | Case No.: 5:12-cv-04382-EJD<br><br>**Order Denying Continuance of ADR Conference** |

**IT IS HEREBY ORDERED THAT:**

  The Parties' request to continue the ADR Conference thirty (30) days or until Defendant's Motion to Dismiss [Doc. 46] is considered by this Court, jointly filed by Charles M.R. Vethan, and Chris Sargent on January 25, 2013, in the above entitled matter is hereby **GRANTED**.

**DATE:**   1/29/2013

[SEAL: United States District Court, Northern District of California — DENIED — Judge Edward J. Davila]

_____
UNITED STATES DISTRICT JUDGE