1  GERALD A. EMANUEL (Cal. State Bar No. 61049)
   JOEL P. WAELTY (Cal. State Bar No. 226728)
2  CHRISTOPHER G. WILHELMI (Cal. State Bar No. 283465)
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3  2007 West Hedding Street, Suite 100
   San Jose, California 95128
4  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
5  E-mail: jemanuel@hinklelaw.com
   E-mail: jwaelty@hinklelaw.com
6  E-mail: cwilhelmi@hinklelaw.com

7  Attorneys for Plaintiff
   LYNETTE GRINES
8

9  MICHAEL W. FOSTER (State Bar No. 127691)
   PETER H. GOLDSMITH (State Bar No. 91294)
10 FOSTER EMPLOYMENT LAW
   3000 Lakeshore Avenue
11 Oakland, California  94610
   Telephone: (510) 763-1900
12 Facsimile: (510) 763-5952
   E-mail:  mfoster@fosteremploymentlaw.com
13 E-mail:  pgoldsmith@fosteremploymentlaw.com

14
   Attorneys for Defendants
15 LOCKHEED MARTIN SPACE SYSTEMS COMPANY AND
   LOCKHEED MARTIN CORPORATION
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE GRINES, | Case No. C 12-03597 EJD |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER OF NOVEMBER 27, 2012** |
| LOCKHEED MARTIN SPACE SYSTEMS COMPANY; LOCKHEED MARTIN CORPORATION; and DOES 1 through 50, inclusive, | |
| Defendants. | |

LYNETTE GRINES V. LOCKHEED MARTIN                    Stipulation Amending Case Management Order
CASE NO. C 12-03597 EJD

1    In its Case Management Order of November 27, 2012, the Court set the discovery cutoff to
2 May 14, 2013, and the last day to file dispositive motions as July 15, 2013.  By Stipulation and
3 Order, the parties agreed to continue the discovery cutoff date from May 9, 2013, to July 17, 2013.
4    A mediation session was held on April 18, 2013, which did not result in a settlement.
5 Recently, however, the parties have resumed settlement discussions with the assistance of the
6 mediator.  Those discussions have occurred over the past month and are expected to require
7 additional time towards reaching agreement and, thereafter, preparing a settlement agreement
8 acceptable to both parties.
9    Therefore, by agreement between the parties, the dates set out above will be changed as
10 follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Last Day to file Dispositive Motions | July 15, 2013 | August 29, 2013 |
| Discovery Cutoff | July 17, 2013 | September 3, 2013 |

**IT IS SO STIPULATED.**

DATED: June 21, 2013                    FOSTER EMPLOYMENT LAW

   /s/ Peter H. Goldsmith
PETER H. GOLDSMITH
Attorneys for Defendants
LOCKHEED MARTIN SPACE SYSTEM
COMPANY; LOCKHEED MARTIN
CORPORATION; and Does 1 through 50

DATED: June 21, 2013                    HINKLE, JACHIMOWICZ, POINTER & EMANUEL

   /s/ Christopher G. Wilhelmi
CHRISTOPHER G. WILHELMI
Attorneys for Plaintiff
LYNETTE GRINES

**IT IS SO ORDERED.**

DATED:  June __25__, 2013


United States District Judge
Edward J. Davila