1  GERALD A. EMANUEL (Cal. State Bar No. 61049)
   JOEL P. WAELTY (Cal. State Bar No. 226728)
2  CHRISTOPHER G. WILHELMI (Cal. State Bar No. 283465)
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3  2007 West Hedding Street, Suite 100
   San Jose, California 95128
4  Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
5  E-mail: jemanuel@hinklelaw.com
   E-mail: jwaelty@hinklelaw.com
6  E-mail: cwilhelmi@hinklelaw.com

7  Attorneys for Plaintiff
   LYNETTE GRINES
8

9  MICHAEL W. FOSTER (State Bar No. 127691)
   PETER H. GOLDSMITH (State Bar No. 91294)
10 FOSTER EMPLOYMENT LAW
   3000 Lakeshore Avenue
11 Oakland, California 94610
   Telephone: (510) 763-1900
12 Facsimile: (510) 763-5952
   E-mail: mfoster@fosteremploymentlaw.com
13 E-mail: pgoldsmith@fosteremploymentlaw.com

14 Attorneys for Defendants
15 LOCKHEED MARTIN SPACE SYSTEMS COMPANY AND
   LOCKHEED MARTIN CORPORATION
16

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20

21 | LYNETTE GRINES,                              )  Case No. C 12-03597 EJD
                                                  )
22 | Plaintiff,                                   )
                                                  )  **STIPULATION AND [PROPOSED]**
23 |       vs.                                    )  **ORDER AMENDING CASE**
                                                  )  **MANAGEMENT ORDER OF**
24 | LOCKHEED MARTIN SPACE SYSTEMS                )  **NOVEMBER 27, 2012**
   | COMPANY; LOCKHEED MARTIN                     )
25 | CORPORATION; and DOES 1 through 50,          )
   | inclusive,                                   )
26 |                                              )
   | Defendants.                                  )
27

28

---

**LYNETTE GRINES V. LOCKHEED MARTIN**                    Stipulation Amending Case Management Order
**CASE NO. C 12-03597 EJD**

1   In its Case Management Order of November 27, 2012, the Court set the discovery cutoff to
2   May 14, 2013, and the last day to file dispositive motions as July 15, 2013.  By Stipulation and
3   Order, the parties agreed to continue the discovery cutoff date from May 9, 2013, to July 17, 2013.
4   A mediation session was held on April 18, 2013, which did not result in a settlement.
5   Recently, however, the parties have resumed settlement discussions with the assistance of the
6   mediator.  Those discussions have occurred over the past month and are expected to require
7   additional time towards reaching agreement and, thereafter, preparing a settlement agreement
8   acceptable to both parties.
9   Therefore, by agreement between the parties, the dates set out above will be changed as
10   follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Last Day to file Dispositive Motions | July 15, 2013 | August 29, 2013 |
| Discovery Cutoff | July 17, 2013 | September 3, 2013 |

**IT IS SO STIPULATED.**

DATED: June 21, 2013                FOSTER EMPLOYMENT LAW

                    /s/ Peter H. Goldsmith
                    PETER H. GOLDSMITH
                    Attorneys for Defendants
                    LOCKHEED MARTIN SPACE SYSTEM
                    COMPANY; LOCKHEED MARTIN
                    CORPORATION; and Does 1 through 50

DATED: June 21, 2013                HINKLE, JACHIMOWICZ, POINTER & EMANUEL

                    /s/ Christopher G. Wilhelmi
                    CHRISTOPHER G. WILHELMI
                    Attorneys for Plaintiff
                    LYNETTE GRINES

**IT IS SO ORDERED.**

DATED:  June __25__, 2013



United States District Judge
Edward J. Davila

1

LYNETTE GRINES V. LOCKHEED MARTIN           STIPULATION AMENDED CASE MANAGMENET ORDER
CASE NO. C 12-03597 EJD