United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMULADOS SOFTWARE LTD., | CASE NO. 5:12-cv-04382 EJD |
| Plaintiff(s), | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| PHOTON INFOTECH PVT LTD., | |
| Defendant(s). | |

In light of the currently pending motion to dismiss (see Docket Item Nos. 46, 67), the Preliminary Pretrial Conference scheduled for September 13, 2013, is VACATED and will be reset, if necessary, upon resolution of the pending motion.

**IT IS SO ORDERED.**

Dated: September 5, 2013

EDWARD J. DAVILA
United States District Judge