UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SIMULADOS SOFTWARE LTD., | Case No. 5:12-cv-04382 EJD (HRL) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TERMINATING DISCOVERY MOTION** |
| PHOTON INFOTECH PVT LTD., | [Re: Docket No. 72] |
| Defendant. | |

All discovery matters having been referred to the undersigned for disposition, plaintiff's motion to compel discovery (Dkt. No. 72) will be terminated. The fact discovery dispute was not brought in compliance with the undersigned's Standing Order re Civil Discovery Disputes. Moreover, the motion, which was filed nearly one month after the fact discovery cutoff, is untimely. Civ. L.R. 37-3.

**SO ORDERED**.

Dated: October 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04382-EJD Notice has been electronically mailed to:

2  Anthony Ricciardelli    aricciardelli@taylordunham.com

3  Bruce Charles Piontkowski    bpiontkowski@tingleyllp.com, lthomas@tingleyllp.com

4  Charles Marcellus Vethan    edocs@vwtexlaw.com

5  Christopher Sargent    csargent@computerlaw.com

6  Christopher Joseph Sargent    csargent@computerlaw.com, ecf@computerlaw.com

7  Curtis R. Tingley    ctingley@tingleylawgroup.com, lthomas@tingleylawgroup.com

8  Giacomo A. Russo    jrusso@computerlaw.com

9  Kevin Patrick O'Brien    kobrien@tingleylawgroup.com, lthomas@tingleylawgroup.com