UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMULADOS SOFTWARE LTD., | Case No.  5:12-cv-04382 EJD (HRL) |
| Plaintiff, | |
| v. | **ORDER TERMINATING DISCOVERY MOTION** |
| PHOTON INFOTECH PVT LTD., | [Re:  Docket No. 72] |
| Defendant. | |

All discovery matters having been referred to the undersigned for disposition, plaintiff's motion to compel discovery (Dkt. No. 72) will be terminated.  The fact discovery dispute was not brought in compliance with the undersigned's Standing Order re Civil Discovery Disputes.  Moreover, the motion, which was filed nearly one month after the fact discovery cutoff, is untimely.  Civ. L.R. 37-3.

**SO ORDERED**.

Dated:   October 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-04382-EJD Notice has been electronically mailed to:

2  Anthony Ricciardelli     aricciardelli@taylordunham.com

3  Bruce Charles Piontkowski     bpiontkowski@tingleyllp.com, lthomas@tingleyllp.com

4  Charles Marcellus Vethan     edocs@vwtexlaw.com

5  Christopher Sargent     csargent@computerlaw.com

6  Christopher Joseph Sargent     csargent@computerlaw.com, ecf@computerlaw.com

7  Curtis R. Tingley     ctingley@tingleylawgroup.com, lthomas@tingleylawgroup.com

8  Giacomo A. Russo     jrusso@computerlaw.com

9  Kevin Patrick O'Brien     kobrien@tingleylawgroup.com, lthomas@tingleylawgroup.com

United States District Court
Northern District of California