IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMULADOS SOFTWARE LTD., | CASE NO. 5:12-cv-04382 EJD |
| Plaintiff(s), | **ORDER RE: MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |
| v. | |
| PHOTON INFOTECH PVT LTD., | |
| Defendant(s). | |

Having reviewed Plaintiff's motion for extension of time to complete discovery as well as Defendant's opposition thereto (see Docket Item Nos. 74, 75), the court has determined it cannot proceed to rule on the motion without being informed of the specific modification(s) sought by Plaintiff.

Accordingly, on or before **February 28, 2014**, Plaintiff shall file a proposed order which details such information, including the specific dates requested by Plaintiff.

**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
EDWARD J. DAVILA
United States District Judge