1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   SIMULADOS SOFTWARE LTD.,              CASE NO. 5:12-cv-04382 EJD

11                                         **ORDER TO SHOW CAUSE**

          Plaintiff(s),

12   v.

13   PHOTON INFOTECH PVT LTD.,

14

          Defendant(s).

15   _____/

16          On May 1, 2014, this court issued an Amended Case Management Order requiring the parties

17   to meet and confer on the issue of alternative dispute resolution and file one of two documents

18   within 10 days: either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR

19   Process" if an agreement is reached, or (2) the form entitled "Notice of Need for ADR Phone

20   Conference." See Docket Item No. 84.  However, as of the time this Order to Show Cause was filed,

21   the parties have not complied as required, nor have the parties sought an to extension of the deadline

22   imposed by the court.  Such non-compliance constitutes a violation of the court's order.

23          Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on

24   **May 16, 2014, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S.

25   First Street, San Jose, California, 95113, to show cause why the court should not impose any and all

26   appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any

27   of them, for willful disobedience of a court order.

28          The parties may request that this Order to Show Cause be vacated and the parties relieved of

1

United States District Court

For the Northern District of California

CASE NO. 5:12-cv-04382 EJD
ORDER TO SHOW CAUSE

the obligation to appear if one of the two documents referenced above is filed on or before **4:00 p.m.**

**on May 14, 2014.**

**IT IS SO ORDERED.**

Dated:  May 13, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-04382 EJD
ORDER TO SHOW CAUSE

**United States District Court**
For the Northern District of California