1  CURTIS R. TINGLEY (SBN 112322)
   *ctingley@tingleylawgroup.com*
2  KEVIN W. ISAACSON (SBN 281067)
   *kisaacson@tingleylawgroup.com*
3  TINGLEY LAW GROUP, PC
   10 Almaden Boulevard, Suite 430
4  San Jose, California 95113
   Telephone:   (408) 283-7000
5  Facsimile:   (408) 283-7010

6  Attorneys for Plaintiff and Counter Defendant
   SILMULADOS SOFTWARE LTD.

**IT IS SO ORDERED**
Judge Edward J. Davila
5/14/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMULADOS SOFTWARE LTD., a Texas corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>PHOTON INFOTECH PRIVATE LTD., a California corporation,<br><br>           Defendant. | CASE NO.  CV12-04382 EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE OF KEVIN W. ISAACSON** |
| PHOTON INFOTECH PVT LTD., an Indian private limited company,<br><br>           Counter-Claimant,<br><br>     v.<br><br>SIMULADOS SOFTWARE LTD., a Texas corporation,<br><br>           Counter-Defendant. | |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1 (c)(2)(B), the Clerk is hereby asked to enter the appearance of Kevin W. Isaacson of Tingley Law Group, PC, on behalf of Plaintiff and Counter-Defendant SIMULADOS SOFTWARE LTD., and to withdraw the

101BD43D.doc                                    NOTICE OF SUBSTITUTION AND APPEARANCE
                                                CASE NO. CV12-04382 EJD

TINGLEY LAW GROUP
ATTORNEYS AT LAW

appearances of Kevin P. O'Brien of Tingley Law Group, PC, and Bruce C. Piontkowski of Tingley Piontkowski LLP.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all future Orders and communications from the Court will be directed to Kevin W. Isaacson as follows:

> Kevin W. Isaacson
> Tingley Law Group, PC
> 10 Almaden Boulevard, Suite 430
> San Jose, California 95113
> Telephone:  (408) 283-7000
> Facsimile:  (408) 283-7010
> Email:  kisaacson@tingleylawgroup.com

Please also take notice that, from the date of this request, service on Plaintiff and Counter-Defendant should be made on Kevin W. Isaacson in place of Kevin P. O'Brien and Bruce C. Piontkowski.  Please amend your service lists accordingly.

Dated: May 14, 2014               TINGLEY LAW GROUP, PC


                                  By: /s/ Kevin W. Isaacson
                                  KEVIN W. ISAACSON
                                  Attorneys for Plaintiff and
                                  Counter-Defendant