IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SIMULADOS SOFTWARE LTD, | CASE NO. 5:12-cv-04382-EJD |
|---|---|
| Plaintiff(s), | **ORDER REFERRING ACTION TO ADR PROCESS** |
| v. | |
| PHOTON INFOTECH PRIVATE, | |
| Defendant(s). | |

The above-entitled action is hereby referred to the following ADR process:

**Court Processes:**

- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

**Private Process:**

- ☐ Private ADR

The ADR session shall be completed by:

- ☒ The presumptive deadline
  *The deadline is 90 days from the date of this order*
- ☐ Other deadline:

**IT IS SO ORDERED.**

Dated: June 11, 2014

EDWARD J. DAVILA
United States District Judge