UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| SIMULADOS SOFTWARE LTD., | No. C 12-4382 EJD |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| PHOTON INFOTECH PRIVATE, LTD., | Date: August 26, 2014 |
| Defendant. | Evalutor: Thomas Reese |

IT IS HEREBY ORDERED that the request to excuse plaintiff Simulados Software Ltd.'s client representative, Esdras Cantao, from appearing in person at the August 26, 2014, ENE before Thomas Reese is GRANTED. Mr. Cantao shall be available at all times to participate remotely in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

August 13, 2014        By:    _____
Dated                              Maria-Elena James
                                   United States Magistrate Judge