UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIMULADOS SOFTWARE, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PHOTON INFOTECH PRIVATE, LTD., <br><br> Defendant. | Case No. 5:12-cv-04382-EJD <br><br> **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur at **9:30 a.m. on October 30, 2015.**

**IT IS SO ORDERED.**

Dated: October 15, 2015



EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:12-cv-04382-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE